UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.:08-21488-CIV-GOLD/McALILEY

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JESTER BAILEY,

       Defendant.
_____/

<u>DEFAULT FINAL JUDGMENT; CLOSING CASE</u>

THIS CAUSE came before the Court upon Plaintiff United States of America's Motion for Entry of Default Final Judgment [DE 8] against defendant, Jester Bailey, and the Court, having reviewed the pleadings submitted on behalf of the Plaintiff, and having noted the entry of default as to the defendant for failure to answer or otherwise plead to the Summons and Complaint served by the Plaintiff, and for good cause shown, it is hereby

ORDERED AND ADJUDGED:

1. Plaintiff's Motion [DE 8] is GRANTED.

2. Default Judgment is hereby entered in favor of Plaintiff and against Defendant upon the Complaint herein.

3. Plaintiff shall recover of the Defendant the sum of $5,078.86, consisting of $1,986.50 in unpaid principal, plus the amount of $2,672.36 in interest accrued through June 23, 2008, in accordance with the supporting documentation attached as "Exhibit "A" to Plaintiff's Motion for Entry of Default Final Judgment, plus interest at the rate of 8% per annum on the unpaid principal to the date of this judgment, attorney's fees of $ 400.00,

together with the sum of $20.00 in taxed costs.

4. This judgment shall bear interest at the rate as prescribed by 28 U.S.C. §1961, and shall be enforceable as prescribed by 28 U.S.C. §§2001, <u>et seq</u>., 28 U.S.C. §§3001-3307, and Rule 69(a), Federal Rules of Civil Procedure.

DONE AND ORDERED in Chambers at Miami, Miami-Dade County, Florida, this 7th day of July, 2008.

_____
ALAN S. GOLD
U.S. DISTRICT JUDGE

cc:
Counsel of record

From chambers via U.S. Mail:
JESTER BAILEY, pro se
3831 N.W. 172 Terrace
Opa Locka, FL 33055